UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RALSTON S. BROWN, JR.,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, RALSTON S. BROWN, JR., is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, COLLECTO, INC. D/B/A EOS CCA, is a professional corporation and citizen of the State of Massachusetts with its principal place of business at 700 Longwater Drive, Norwell, Massachusetts 02061.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

June 24, 2009 – Pre-Recorded Message
Not a sales or solicitation call.  Please call us back at 1-800-268-9806.  This call is a time sensitive matter and we are requesting a call back within the next business day.  Again, that number is 1-800-268-9806.  Thank you.

August 13, 2009 – Pre-Recorded Message
This is not a sales or solicitation call.  Please call us back at 1-800-268-9806. This call is a time sensitive matter and we are requesting a call back within the next business day.  Again, that number is 1-800-268-9806.  Thank you.

August 26, 2009 – Pre-Recorded Message
This is not a sales, personal or solicitation call.  Please call us back at 1-800-268-9806.  The call is a time sensitive matter and we are requesting a call back within the next business day.  Again, that number is 1-800-268-9806.  Thank you.

October 29, 2009 – Pre-Recorded Message
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Thank you.

November 10, 2009 – Pre-Recorded Message
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this phone number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Again, the telephone number is 866-265-7927, and the account number that is needed when calling is 39206348. Thank you.

November 13, 2009 – Pre-Recorded Message
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927.

November 16, 2009 – Pre-Recorded Message
This message is for Ralston Brown if you're not Ralston Brown please hang up and dial 866-265-7927 to have your number removed from our records. If you are Ralston Brown please continue to listen to this message. By continuing to listen to this message you do acknowledge that you are Ralston Brown. There will now be a three second pause in this message. This is Sharonda with EO CCA this call is an attempt to collect a debt any

information obtained will be used for that purpose. Please contact us about an important business matter at 866-265-7927 office hours are 8:00 AM to 9:00 PM Central Standard Time, when calling back give reference number 39206348. Thanks.

November 20, 2009 – Pre-Recorded Message
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this phone number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Thank you.

December 3, 2009 – Pre-Recorded Message
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Thank you.

Between December 4, 2009 and January 4, 2010 at 9:11 AM – Pre-Recorded Message
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Thank you.

<u>Between December 4, 2009 and January 4, 2010 at 6:12 PM – Pre-Recorded Message</u>
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Thank you.

<u>December 8, 2009</u>
This is a message for Ralston Brown. If you are not Ralston, please hang up and call 1-800-646-1336 to remove your phone number from our records. If you are Ralston, please continue to listen to this message. By continuing to listen to this message, you acknowledge that you are. My name is (inaudible) I'm calling from EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back at 1-800-646-1336. When calling, please refer to the reference number 39206348. Thank you.

<u>December 9, 2009 – Pre-Recorded Message</u>
Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this phone number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at 866-265-7927. When calling, please refer to reference number 39206348. Thank you.

<u>December 15, 2009 – Pre-Recorded Message</u>
Hello, this is a message for Ralston Brown. If you are not Ralston Brown, please hang up and call 866-265-7927 to remove this number from our records. If you are Ralston Brown, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Ralston Brown. There will now be a three-second pause. This is EO CCA. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important personal business matter at

866-265-7927. When calling, please refer to reference number 39206348. Thank you.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18. Plaintiff incorporates Paragraphs 1 through 13.

7

19. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20. Plaintiff incorporates Paragraphs 1 through 13.

21. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.    Plaintiff incorporates Paragraphs 1 through 13.

23.    By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>
>By: s/ Donald A. Yarbrough
>   Donald A. Yarbrough, Esq.
>   Florida Bar No. 0158658