UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80751-Civ-Dimitrouleas/Snow

RALSTON S. BROWN,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.

_____/

## NOTICE OF SELECTION OF MEDIATOR

As required by the Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge, (DE 8), the parties give notice that they have selected Samuel L. Heller, Esq. of Mediation, Inc. to act as mediator in this cause.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida  33339 | 201 North Armenia Avenue |
| Telephone: 954-537-2000 | |
| Facsimile: 954-566-2235 | Tampa, FL 33609 |
| | Telephone: 813-251-5500 |
| | Facsimile: 813-251-3675 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80751-Civ-Dimitrouleas/Snow

RALSTON S. BROWN,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 24, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          s/Donald A. Yarbrough
                                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF