UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-CV-80751

RALSTON S. BROWN, JR.,

    Plaintiff,

v.

COLLECTO, INC., d/b/a EOS CAA

    Defendant.

_____/

### MOTION TO COMPEL PLAINTIFF'S RULE 26 DISCLOSURES AND MEMORANDUM OF LAW

COMES NOW, Defendant Collecto Inc. D/B/A/ EOS CAA., by and through the undersigned counsel and files this Motion to Compel Plaintiff to provide Rule 26 Disclosures and states:

1. On August 12, 2010, the parties submitted their Joint Scheduling Report. (DE 7).

2. Prior to that time, counsel held the Rule 26(f) conference.

3. FRCP 26(c) states in relevant part: "A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order."

4. No "stipulation or court order" exists in this instant matter relative to Rule 26 Disclosures.

5. Nonetheless, Defendant has not received Rule 26 Disclosures from the Plaintiff.

6. Defendant has incurred attorney's fees and costs in bringing the instant motion.

WHEREFORE, Defendant respectfully requests an Order compelling Plaintiff to serve Rule 26 Disclosures within three (3) days and awarding Defendant's its attorneys' fees and costs incurred in bringing the instant Motion.

Respectfully submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
FBN:  0094080
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
813-251-5500 (p)
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**

## CERTIFICATE OF GOOD FAITH

The undersigned Counsel for Defendant certifies that he has attempted in good faith to resolve this matter short of filing the instant motion.  Specifically, counsel emailed Plaintiff's counsel on September 21, 2010, requesting Rule 26 Disclosures.  No response was received to that email. See, Exhibit 1.

3 | P a g e

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 28th day of September, 2010.

/s/ Dale T. Golden_____
DALE T. GOLDEN, ESQUIRE