|  |  |
|---|---|
| RALSTON S. BROWN, JR.<br>    **Plaintiff**<br>vs<br>COLLECTO INC<br><br>                    Defendant.<br>_____ / | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br><br>CASE NO: 10-80751-CIV-<br>Dimitrouleas/Snow |

## NOTICE OF MEDIATION

Dale Golden, Esquire
Golden & Scaz, PLLC
2124 W Kennedy Blvd
SUITE A
Tampa, Florida 33606

Donald A. Yarbrough, Esquire
Law Office of Donald A. Yarbrough
PO Box 11842
Fort Lauderdale, Florida 33339

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties and the provisions of Florida Statutes, Chapter 44, a Mediation Conference shall be held in this case before Samuel L. Heller, Esquire of Mediation, Inc., at Mediation, Inc., Ft. Lauderdale, Regions Bank Building, 100 Southeast Third Avenue, 18th Floor, Fort Lauderdale, FL 33394 on Friday, August 19, 2011 at 2:00 PM. The mediation summaries may be submitted by email to summary@mediationinc.com or by mail to Mediation, Inc., P.O. Box 4978, Fort Lauderdale, Florida, 33338 or by FAX to (954) 767-0505. The Mediation charges are $325.00 per hour, plus a per party scheduling/facilities/administrative charge. **This Mediator has a guaranteed minimum of 3.00 hours.**

The terms and provisions of the disclosure sheet accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

In the event any party or attorney has concerns about safety or security for the conference for any reason including a history of threats or violence, they must notify Medation, Inc. immediately. There are no metal detectors at this location. If there are security or safety concerns, the attorneys are responsible for making arrangements to move the conference to the courthouse or another metal detector secure environment, after notifying Mediation, Inc.

If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled at no cost to you, the provision of certain assistance. Please contact the ADA Coordinator in the Administrative office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 10th day of September, 2010.

MEDIATION, INC.

By _____
JAMES B. CHAPLIN, ESQUIRE
**Florida Bar Number 110628**
**Post Office Box 4978**
**Fort Lauderdale, FL 33338**
**Telephone: (954) 764-1000**