UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80751-Civ-Dimitrouleas/Snow

RALSTON S. BROWN,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RULE 26 DISCLOSURES AND MEMORANDUM OF LAW

    Plaintiff, Ralston S. Brown, files his Response to Defendant's Motion to Compel Plaintiff's Rule 26 Disclosures and Memorandum of Law (DE 11), and moves this Court to deny Defendant's, COLLECTO, INC D/B/A EOS CCA's, motion as moot, and, in support thereof, states as follows:

    Due to a clerical error, Plaintiff's counsel inadvertently did not mail the disclosures to Defendant. Plaintiff has now served his disclosures. Plaintiff respectfully suggests the Court deny Defendant's Motion to Dismiss as moot.

                                        Respectfully submitted,

                                        DONALD A. YARBROUGH, ESQ.
                                        Attorney for Plaintiff
                                        Post Office Box 11842
                                        Fort Lauderdale, Florida 33339
                                        Telephone: (954) 537-2000
                                        Facsimile: (954) 566-2235

donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80751-Civ-Dimitrouleas/Snow

RALSTON S. BROWN,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF