```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

            Case No. 10-80751-Civ-DIMITROULEAS/SNOW
```

RALSTON S. BROWN, JR.,

    Plaintiff,

    v.

COLLECTO, INC.,

    Defendant.

_____/

### ORDER

THIS CAUSE is before the Court on the defendant's Motion to Compel Plaintiff's Rule 26 Disclosures (Docket Entry 11), which was referred to United States Magistrate Judge Lurana S. Snow. The plaintiff's response states that the Rule 26 disclosures were late due to inadvertence and have since been served.  With the Court being advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED AS MOOT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of October, 2010.

                                                  _____
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record