UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80751-Civ-Dimitrouleas/Snow

RALSTON S. BROWN,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS**

Plaintiff, RALSTON S. BROWN, files his Response to Defendant's Motion to Dismiss (DE 16) and moves this Court to deny Defendant's, COLLECTO, INC. D/B/A EOS CCA, motion as moot, and, in support thereof, states as follows:

Plaintiff has accepted Defendant's settlement offer, and the parties shall file appropriate documents resolving the case within 10 days. Plaintiff respectfully suggests the Court may deny Defendant's Motion to Dismiss as moot.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

                                                  <u>s/Donald A. Yarbrough</u>  
                                                  Donald A. Yarbrough, Esq.  
                                                  Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80751-Civ-Dimitrouleas/Snow

RALSTON S. BROWN,

    Plaintiff,

v.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 22, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF