UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80751-CIV-DIMITROULEAS

RALSTON S. BROWN,

        Magistrate Judge Snow

    Plaintiff,

vs.

COLLECTO, INC. D/B/A EOS CCA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation for Dismissal [DE-18], filed herein on December 2, 2010.  The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal [DE-18] and the terms of the parties' settlement are hereby **APPROVED**;

2. Plaintiff's claims under the Fair Debt Collection Practices Act are hereby **DISMISSED with prejudice**;

3. The Court reserves jurisdiction to award Plaintiff reasonable attorney's fees and costs with respect to Plaintiff's claim under the Fair Debt Collection Practices Act.  If the parties do not resolve the matter of Plaintiff's attorney's fees and costs by agreement, Plaintiff shall file a motion in accordance with Local Rule;

4. The Court declines to exercise jurisdiction over Plaintiff's claims under the Florida Consumer Collection Practices Act and, accordingly, those two claims are hereby **DISMISSED without prejudice**;

5.   The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of December, 2010.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record